Roosevelt TAYLOR, Jr., Plaintiff–Appellant,

v.

D.A. ROBINSON, Warden; D.M. Vaughan, Major–Security; Rachel Dove, Food Service Director; A.C. Downs, Sargent–Security; JO Trent, Sargent–Security; H. Hite, R.N., Medical Department, Defendants–Appellees.

No. 03–6609.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 4, 2003.

Roosevelt Taylor, Jr., Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Roosevelt Taylor, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Taylor v. Robinson,* No. CA–02–510–3 (E.D.Va. Apr. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*